IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MARTHA L. SPEAKMAN,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER,<br>Social Security Administration,<br><br>Defendant. | Case No. 6:20-cv-01211-MK<br><br>ORDER FOR PAYMENT OF ATTORNEY FEES PURSUANT TO EAJA & COSTS PURSUANT TO 28 U.S.C § 1920 |

    Based upon the Stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $4,783.72 are hereby awarded to Plaintiff, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 and costs of $400.00, for the filing fee, pursuant to 28 U.S.C § 1920). Payment of this award shall be via check made payable to Plaintiff's attorneys and mailed to Plaintiff's attorneys at HARDER, WELLS, BARON & MANNING, P.C., 474 Willamette Street, Eugene, Oregon 97401. Pursuant to *Astrue v. Ratliff,* 560 U.S. 586, 130 S. Ct. 2521, 2527 (2010), the award shall be made payable to Katherine Eitenmiller, HARDER, WELLS, BARON & MANNING, P.C., if the Commissioner confirms that Plaintiff owes no debt to the Government through the federal treasury offset program. If Plaintiff has such debt, the check for any remaining funds after offset shall be made out to Plaintiff and mailed to counsel's office at the address provided above.

    Dated this <u>24th</u> day of January 2022.

                                                                           s/ Mustafa T. Kasubhai<br>
                                                                           MUSTAFA T. KASUBHAI (He / Him)<br>
                                                                           United States Magistrate Judge

Proposed Order submitted by:<br>
Katherine L. Eitenmiller<br>
HARDER, WELLS, BARON & MANNING, P.C.<br>
474 Willamette Street, Eugene, OR 97401<br>
(541) 686-1969<br>
keitenmiller@hwbm.net<br>
Of Attorneys for Plaintiff